UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:19-cv-1227 MCE DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2019, plaintiff filed a motion to proceed in forma pauperis. (ECF No. 9). Currently pending before the District Court Judge assigned to this action is the undersigned's recommendation that plaintiff as a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) be required to pay the administrative filing fees prior to proceeding with this action. (See ECF No. 4).

Given that a ruling on the related findings and recommendations is outstanding, plaintiff's motion to proceed in forma pauperis is premature. As a result, it will be denied as such.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis, filed October 17, 2019 (ECF No. 9), is DENIED, without prejudice, as premature.

Dated: October 21, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS.ORDERS.PRISONER.CIVIL RIGHTS/brow1227.ifp.den