UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:19-cv-1227 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2019, plaintiff filed a motion for reconsideration of this court's October 2019 denial of his request for a two-week extension of time to file objections to the court's July 2019 findings and recommendations. (See ECF No. 15). The motion will be denied.

On November 21, 2019, the District Court judge assigned to this action adopted the undersigned's July 2019 findings and recommendations. (ECF No. 14). Consequently, reconsideration of the undersigned's October 2019 denial of plaintiff's extension of time request to file objections to the July 2019 findings and recommendations is moot.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration filed November 20, 2019 (ECF No. 15) is DENIED as moot.

Dated: January 27, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/brow1227,mfr.den