UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:19-cv-01227 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On November 20, 2019, plaintiff filed a request for reconsideration of the magistrate judge's order issued October 31, 2019, which denied plaintiff's request for an extension of time to file objections to the magistrate's July 12, 2019, order. (ECF No. 15). Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Having reviewed the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, upon reconsideration, IT IS HEREBY ORDERED that the order of the magistrate judge, issued October 31, 2019, which denied plaintiff a request for an extension of time (see ECF No. 12) is AFFIRMED. Significantly, too, while the Court views the magistrate judge's order as correct and affirms on that basis, it also wishes to note that it nonetheless reviewed and considered the late-filed objections (ECF No. 13) prior to ultimately adopting the underlying Findings and Recommendations (ECF No 4) on November 21, 2019. ECF No. 14.

Nothing in those objections persuaded the Court that the magistrate judge's order of October 2019 was improper.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE